UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RILEY,<br><br>          Plaintiff,<br><br>    v.<br><br>CHARLES RILEY,<br><br>          Defendant. | Case No. 21-cv-01076-EMC (DMR)<br><br>**ORDER TO SHOW CAUSE** |

An in-person settlement conference was scheduled for February 26, 2024 at 10:00 a.m. in this case. [Docket No. 68.] Plaintiff Patrick Riley failed to appear in person. By March 8, 2024, Plaintiff shall file a statement explaining why he should not be sanctioned for his failure to appear in person at the settlement conference. The statement should not include information about the parties' settlement positions. That information is confidential. The statement should explain why Plaintiff Riley did not appear in person and why he should not be sanctioned for that failure.

The court notes that Defendant Charles Riley did not provide settlement submissions as required by Judge Ryu's settlement scheduling order. [Docket No. 64.] Defendant Riley did send information in a 2/7/24 email to Judge Ryu and Patrick Riley. The court construes the 2/7/24 email as Charles Riley's settlement submission.

**IT IS SO ORDERED.**

Dated: February 26, 2024

_____
DONNA M. RYU
Chief Magistrate Judge